JAMES E. McMAHON, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the finding of freedom from contributory negligence on the part of the plaintiff was against the weight of the evidence. All concur.

ETHEL M. SIMMONS, Appellant, v. JOHN F. BURKE, as Receiver of the HAMBURG RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

MILTON R. SIMMONS, Appellant, v. JOHN F. BURKE, as Receiver of the HAMBURG RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

In the Matter of the Judicial Settlement of the Accounts of ROSCOE S. BUSH, as Administrator with the Will Annexed, etc., of CORNELIUS COOK, Deceased.— Decree affirmed, with costs to the administrator against the appellant. All concur.

ESTHER L. FURLONG, Respondent, v. ARTHUR SEQUIN and Others, Defendants, and JOSEPH J. FURLONG, Appellant.— Judgment and order affirmed, with costs. All concur.

DOLORES M. KINTZ, Appellant, v. STUART W. KINTZ, Respondent.— Judgment modified so as to provide only for the dismissal of the complaint on the merits, and as so modified affirmed, without costs of this appeal to either party. (See Civ. Prac. Act, § 1164; *Chamberlin* v. *Chamberlin*, 193 App. Div. 784.) All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BROWN, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed. All concur.

JOHN A. RANDALL, Appellant, v. ALICE COOKE RANDALL, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVAN RICHMOND, Appellant.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO PALMIERI, Appellant.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED E. PATTISON, Appellant.— Judgment of conviction reversed and a new trial granted on the ground that the evidence against defendant is not sufficient to prove him guilty of the crime charged beyond a reasonable doubt. All concur.

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. C. LESTER MERRY and Others, as Trustees of the Village of Frankfort, Herkimer County, New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.

BRIAN J. KELLY and Another, Respondents, v. C. LESTER MERRY and Others, as Trustees of the Village of Frankfort, Herkimer County, New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 758.]

E. SCRIVEN BOND, as Receiver of BELLEAIR ESTATES, INCORPORATED, and Another, Appellants, v. EVALENA K. BARTLETT, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Petition of the ERIE COUNTY BAR ASSOCIATION.— Issues referred to Hon. Charles B. Wheeler, official referee, to take the proofs thereon and report the same to this court, with his opinion.